UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CRIMINAL NO.:   6:16-cr-603-TMC |
| | ) | |
| vs. | ) | |
| | ) | |
| **GEORGE DARRIN FOWLER** | ) | NOTICE OF APPEARANCE |

I, Andrew de Holl, hereby notify this Honorable Court that I will appear on behalf of the United States in the above-named case.

Please direct any correspondence in this matter to me at the address listed below; and remove Sloan Ellis as counsel of record for the United States.

Respectfully submitted this 9th day of May 2022.

Respectfully submitted,

COREY F. ELLIS
UNITED STATES ATTORNEY

*s/Andrew de Holl*
Andrew de Holl (#11076)
Assistant United States Attorney
U.S. Department of Justice
151 Meeting Street, Suite 200
Charleston, South Carolina 29401
Email Address: andrew.de.holl@usdoj.gov
Office#: (843) 266-1600